**Order entered June 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00836-CR
No. 05-14-00837-CR
No. 05-14-00838-CR

**MATTHEW LOUIS REESE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F-1400306-P, No. F13-60347-P, F13-00723-P**

## ORDER

Before the Court are the State's motions for extension of time to file its briefs, which the State filed on June 4, 2015. The State's briefs were due on February 21, 2015. On April 2, 2015, the Court set the cases for submission without oral argument on June 10, 2015. Six days prior to submission and more than three months after its briefs were due, the State filed its briefs and the pending motions.

The motions are **DENIED**. We **ORDER** the State's briefs stricken from the record.

/s/     CRAIG STODDART
PRESIDING JUSTICE